Randall D. Haimovici (SBN: 213635)
rhaimovici@shb.com
Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:     415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; ELK GROVE FORD, and DOES 1 to 40,<br><br>           Defendants. | Case No. 2:09-CV-02842-LLK-GGH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint filed: October 24, 2008 |

Pursuant to a settlement agreement and the execution of a General Release Agreement between all parties in this matter, Plaintiff Liberty Mutual Insurance Company and Defendant Ford Motor Company, by and through their respective attorneys of record, hereby agree and stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court may dismiss the above-entitled action WITH PREJUDICE.

//

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated:  December 8, 2009 | Respectfully submitted, |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| 3 | By:   /s/ *Amir Nassihi* |
| 4 | RANDALL D. HAIMOVICI<br>AMIR NASSIHI |
| 5 | |
| 6 | Attorneys for Defendant<br>FORD MOTOR COMPANY |
| 7  Dated:  December 8, 2009 | Respectfully submitted, |
| 8 | LAW OFFICES OF BRIAN J. FERBER, INC. |
| 9 | |
| 10 | By:  /s/ *Brian J. Ferber* (as authorized on 12/08/09)<br>BRIAN J. FERBER |
| 11 | |
| 12 | Attorneys for Plaintiff<br>LIBERTY MUTUAL INSURANCE COMPANY |

### [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore, the above-entitled action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

Dated:  December 11, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com